# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CGL, LLC, | : | |
| **Plaintiff** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WILLIAM G. SCHWAB | : | No. 11-04593 |
| **Defendants** | : | |

## ORDER

AND NOW, this 30th day of September, 2011, upon consideration of Defendant's Motion to Dismiss for Failure to Join Indispensible Parties (Doc. #3), and all responses and replies thereto, it is hereby ORDERED that the motion to dismiss is GRANTED as set forth in the accompanying memorandum.[1]  Plaintiff has thirty (30) days from the date of this order to file an amended complaint with all proper parties.

BY THE COURT:

/s/ LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.

---

[1] The Defendant's Motion to Stay is Denied