IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CGL, LLC, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WILLIAM G. SCHWAB, et al., | : | No. 11-04593 |
|     Defendants. | : | |

## O R D E R

**AND NOW**, this 20th day of September, 2012, upon consideration of Defendant's Motion to Dismiss or, in the Alternative Motion to Stay (Doc. No. 50), and Plaintiff's Response thereto (Doc. No. 51), it is hereby ORDERED that the motion to dismiss is **DENIED.**

BY THE COURT:

/s/LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.